IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 JAN 30 PM 2:40

CLERK_____
S. DIST. OF GA.

FREDERICK DEVANE REED,           )
                                 )
        Petitioner,              )
                                 )
v.                               )    CASE NO. CV513-088
                                 )             CR502-006
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and

Recommendation (Doc. 6), to which objections have been

filed (Doc. 8). After a careful de novo review of the

record, the Court finds Plaintiff's objections without

merit. Accordingly, the report and recommendation is

**ADOPTED** as the Court's opinion and this case is hereby

**DISMISSED**. The Clerk of Court is **DIRECTED** to close this

case.

SO ORDERED this **30th** day of January 2014.


_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA